IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Andres L. Glenn, | Civil Action No. 1:17-cv-1768-CMC |
| Plaintiff, | |
| vs. | **ORDER** |
| Felehia Coffey; James Cocran; Benchers Early; Veronica Jones; Sheila Jones; Comnelean Jones; Aineze Jones; Bernard Jones Gilmore; and Alberta Jones R. Gilmore, | |
| Defendants. | |

Andres L. Glenn ("Plaintiff"), proceeding *pro se*, filed this action while being detained at Correct Care. On July 20, 2017, the court ordered Plaintiff to pay the $350 filing fee or complete the enclosed Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240) and to provide the service documents necessary to advance his case. ECF No. 5. Plaintiff was warned that the failure to provide the necessary information within a specific time period may subject the case to dismissal. *Id.* Plaintiff did not file a response. The court issued a second order on August 15, 2017, ordering Plaintiff to pay the $350 filing fee or complete the enclosed Form AO 240 and to provide the service documents necessary to advance his case. ECF No. 9. Plaintiff was again warned that the failure to provide the necessary information within a specific time period may subject the case to dismissal. *Id.* The time for response expired on September 5, 2017, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
September 12, 2017