# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Andres L. Glenn,<br>*Plaintiff*<br>v.<br>Felehia Coffey; James Cocran; Benchers Early; Veronica Jones; Sheila Jones; Comnelean Jones; Aineze Jones; Bernard Jones Gilmore; Alberta Jones R. Gilmore,<br>*Defendants* | Civil Action No. 1:17-cv-01768-CMC-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Andres L. Glenn, shall take nothing of the defendants, Felehia Coffey; James Cocran; Benchers Early; Veronica Jones; Sheila Jones; Comnelean Jones; Aineze Jones; Bernard Jones Gilmore; Alberta Jones R. Gilmore, and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date: September 13, 2017         *ROBIN L. BLUME, CLERK OF COURT*

                                 s/M. Walker
                                 _____
                                 *Signature of Clerk or Deputy Clerk*